76 WEST END CORPORATION, a Domestic Corporation, v. EDITH DOYLE, Also Known as EDITH CORNELL and EDITH S. DUFFY. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

AMELIA SCHERER KARSCHER v. JACOB F. DEWALD.— Motion granted. Order resettled and filed. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

AMELIA SCHERER KARSCHER v. JACOB F. DEWALD.— Motion for a reargument denied, with ten dollars costs. Present — McAvoy, O'Malley, Townley and Untermyer, JJ.

GOLDYE B. ROSENBERG v. FRANK G. SHATTUCK COMPANY, Trading under the Name of SCHRAFFT'S.— Motion for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CITY OF NEW YORK v. BEE LINE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied as unnecessary. (See Tague Holding Corporation v. Harris, 250 N. Y. 557; Houghton v. Thomas, 246 id. 535; Matter of Bradshaw v. City of Schenectady, 262 id. 703; Matter of Van Vliet, 224 id. 545.) Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

THE ALLBRITE LAUNDRY CORP. and Another, Respondents, v. PRETTY FAMILY LAUNDRY, INC., and Others, Appellants, Impleaded with Others.— Order granting plaintiffs' motion for an order requiring the defendants-appellants to appear for examination before trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE ALLBRITE LAUNDRY CORP. and Another, Respondents, v. PRETTY FAMILY LAUNDRY, INC., and Others, Appellants.— The action is for a permanent injunction restraining defendants from serving customers whose names appear on certain lists, and for an accounting of the incidental damages. Order denying defendants' motions for an order requiring the service of a further amended complaint or for an order dismissing the amended complaint for insufficiency under rule 106 of the Rules of Civil Practice, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer and Dore, JJ.

FRANK DEGER, Respondent, v. WORKMEN'S EDUCATIONAL ASSOCIATION, Appellant, Impleaded with Another.— Action for personal injuries sustained by the plaintiff when assaulted by a special policeman employed by the defendant-appellant at its premises known as Labor Temple, on East Eighty-fourth street, New York city. The assault took place on the sidewalk in front of said premises. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FIDELITY UNION TRUST COMPANY, Appellant, v. NATHAN A. STERLING, Respondent.— Appeal from an order granting plaintiff's motion for summary judgment and directing assessment of damages, and from the judgment thereupon entered. Plaintiff sued for $187,781.51. The judgment was for $22,493.83. Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.